# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 18-3071**  **September Term, 2018**

1:18-gj-00041-BAH

**Filed On:** February 13, 2019

In re: Grand Jury Subpoena,

    **BEFORE:**    Tatel and Griffith, Circuit Judges; Williams, Senior Circuit Judge

## O R D E R

Upon consideration of the government's response to the Reporters Committee's motion to unseal and the government's motion to unseal its response, it is

**ORDERED** that the government's response filed February 5, 2019 be unsealed. It is

**FURTHER ORDERED**, on the court's own motion, that the following documents be unsealed: (1) the government's motion to unseal filed February 6, 2019; (2) the Reporters Committee's supplement filed January 28, 2019; (3) the Reporters Committee's reply filed February 4, 2019; and (4) the Reporters Committee's reply in further support of motion to unseal filed February 6, 2019.  The Clerk is directed to docket publicly the aforementioned documents unsealed by this order. It is

**FURTHER ORDERED** that appellant file under seal a copy of its opening and reply briefs with proposed redactions by 4:00 p.m. on February 22, 2019.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

          BY:    /s/
                     Michael C. McGrail
                     Deputy Clerk