

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 31 2019

RECEIVED

[ORAL ARGUMENT HELD DECEMBER 14, 2018]

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 18-3071

IN RE: GRAND JURY SUBPOENA

**FILED UNDER SEAL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 18-gj-0041-BAH

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO MOTION FOR LEAVE TO FILE PUBLIC RESPONSE TO MOTION TO UNSEAL**

In light of recent developments bearing on the witness's motion for leave to file a public response to the motion to unseal—specifically, the district court's clarification of its order and a media report identifying the witness's counsel—the government withdraws its opposition to the witness's motion.

Following this Court's January 29, 2019 order, the government sought clarification from the district court on whether its January 15 order unsealed the identities of the witness's counsel. App. A. On January 30, the district court filed a memorandum and order stating that the witness's attorneys "may publicly confirm that Alston & Bird represents the recipient of the grand jury subpoena at issue in this case,"

but stayed that order "pending an order from either the D.C. Circuit or the Supreme Court that permits Alston & Bird to identify itself publicly as representing the subpoena recipient, or until either the D.C. Circuit or Supreme Court makes public any court filing in which Alston & Bird is identified as representing the grand jury subpoena recipient." App. B, at 7-8. That same day, a media outlet publicly reported on the internet that Alston & Bird represents the witness.[*] Given these developments, the government respectfully withdraws its opposition to the public filing of the witness's January 16 response to January 9 motion of the Reporters Committee for Freedom of the Press.

                                                Respectfully submitted,

                                                ROBERT S. MUELLER, III
                                                Special Counsel

Dated: January 31, 2019                  /s/ Michael Dreeben
                                                Michael R. Dreeben
                                                Zainab Ahmad
                                                Scott A.C. Meisler
                                                Adam C. Jed
                                                Special Counsel's Office
                                                U.S. Department of Justice
                                                950 Pennsylvania Avenue NW
                                                Washington, D.C. 20530
                                                Telephone:  (202) 616-0800

---

[*] Chris Geidner, *We Now Know The Law Firm Representing The Mystery Foreign-Owned Company That Is Fighting A Grand Jury Subpoena*, BuzzFeed (Jan. 30, 2019), available at https://www.buzzfeednews.com/article/chrisgeidner/mystery-company-law-firm.

## CERTIFICATE OF COMPLIANCE

I certify pursuant to Fed. R. App. P. 32(g) that this motion contains 254 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2). This motion has been prepared in 14-point Garamond, a proportionally spaced typeface.

/s/
Michael R. Dreeben

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served on counsel for the witness by electronic mail. Because the docket remains sealed, the government understands that the filing should not be served on the non-party movant.

/s/
Michael R. Dreeben