# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-3071**                                    **September Term, 2018**

**1:18-gj-00041-BAH**

**Filed On:** September 24, 2019

In re: Grand Jury Subpoena,

**BEFORE:**      Tatel and Griffith, Circuit Judges; Williams, Senior Circuit Judge

## O R D E R

On June 7, 2019, the court ordered the government to propose redactions to the transcript of the ex parte oral argument. And on July 8, 2019, the court granted the government's request for a 28-day extension in which to file the redactions. Pursuant to these orders, on August 1, 2019, the government lodged, under seal and ex parte, proposed redactions to the transcript of the ex parte oral argument with the Clerk.

Because the rules of grand jury secrecy are designed, at least in part, to protect the witnesses that appear before the grand jury, see, e.g., _In re Grand Jury_, 490 F.3d 978, 985-86 (D.C. Cir. 2007), the Corporation (the witness here) was given the opportunity to review the information that the government proposed leaving unredacted, and to file under seal, by September 6, 2019, any additional proposed redactions. The Corporation filed no response. In light of the foregoing, it is,

**ORDERED** that by October 1, 2019, the government file on the public docket a redacted version of the transcript from the ex parte oral argument held on December 14, 2018. The redactions should be consistent with the redactions that the government proposed on August 1, 2019.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
Michael C. McGrail
Deputy Clerk